UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-502-CKK |
| | : | |
| **DANIEL CHRISTMANN,** | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for Defendant regarding this motion and he does not oppose the motion for an order to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

Date: August 12, 2021

Respectfully submitted,

CHANNING PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: _s/ Monica A. Stump_
MONICA A. STUMP
PA Bar No. 90168
Assistant United States Attorney
District of Columbia
Capitol Riot Detailee
9 Executive Drive
Fairview Heights, IL 62208
Telephone No. (618) 622-3860
Monica.stump@usdoj.gov