UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.: 21-cr-502 (CKK) |
| **DANIEL CHRISTMANN,** | : | |
| | : | |
| **Defendant.** | : | |

## UNOPPOSED MOTION TO WITHDRAW

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, requests to withdraw its previously filed Unopposed Motion for Protective Order (ECF 15). The Government intends to re-file the motion. The undersigned has conferred with defense counsel, and defendant does not oppose this motion to withdraw.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:   s/ *Monica A. Stump*
MONICA A. STUMP
PA Bar No. 90168
Assistant United States Attorney
District of Columbia
Capitol Riot Detailee
Nine Executive Drive
Fairview Heights, IL 62208
Telephone No. (618) 622-3860
Monica.stump@usdoj.gov

## CERTIFICATE OF SERVICE

On this 3rd day of September 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ Monica Stump
MONICA STUMP
Assistant United States Attorney