IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  :
                                          :
v.                                 :    No. 21-cr-00502-CKK
                                          :
DANIEL JOHN CHRISTMANN,  :
    Defendant.                        :

## STATEMENT OF DANIEL CHRISTMANN

I, Daniel Christmann, the defendant in case no. 21-cr-00502-CKK, hereby confirms my consent to the continuance of time under the Speedy Trial Act, (18 U.S.C. § 3161) for the period of time commencing on November 5, 2021, through February 10, 2022.

I have discussed the Speedy Trial Act with my attorney, Allen H. Orenberg, and I understand my rights afforded under the Speedy Trial Act.

12/10/2021
Dated:

Daniel Christmann