IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | No. 1:21-cr-00502-CKK |
| : | |
| **DANIEL JOHN CHRISTMANN,** : | |
| **Defendant.** : | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COMES NOW, Allen H. Orenberg, counsel for Daniel John Christmann, and hereby requests leave of Court to withdraw as counsel for the defendant in this matter. As grounds, the following is stated:

1. On August 10, 2021, undersigned counsel entered his appearance pursuant to the Criminal Justice Act.

2. A trial date has not yet been scheduled.

3. Mr. Christmann is charged with misdemeanor violations of: 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority (Count 1), 18 U.S.C. §1752(a)(2) – Disorderly and Disruptive Conduct in a Restricted Building (Count 1), 40 U.S.C. §5104(e)(2)(D) – Violent Entry and Disorderly Conduct on Capitol Grounds; Disorderly Conduct in a Capitol Building (Count 3), and 40 U.S.C. §5104(e)(2)(G) – Violent Entry and Disorderly Conduct on Capitol Grounds; Parading, Demonstrating, or Picketing in a Capitol Building.

4. Undersigned counsel and the defendant no longer enjoy a genuine attorney-client relationship; the crucial elements of trust and confidence by and between this lawyer and defendant have been eroded beyond the point where the relationship may be satisfactorily restored.

5. Counsel submits that granting leave to withdraw as counsel will not prejudice the parties or the Court, and/or otherwise will be in the interests of justice.

WHEREFORE, for the foregoing reasons and such other reasons that may appear just and proper, Allen H. Orenberg, counsel for hereby requests leave of Court to withdraw as counsel for Daniel John Christmann in case no. 1:21-cr-00502-CKK.

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.co

Dated: January 31, 2022