# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DANIEL CHRISTMANN<br><br>Defendant. | Case No.: 1:21-cr-00502CKK-1<br><br>**NOTICE OF APPEARANCE** |

*Et modo ad hunc diem* please enter the appearance of the undersigned as counsel for the defendant. Designation CJA Appointment.

Dated: February 10, 2022

                Respectfully submitted,

                _____

                Joseph R. Conte, Bar #366827
                Counsel for Daniel Christmann
                Law Office of J.R. Conte
                400 Seventh St., N.W., #206
                Washington, D.C. 20004
                Phone:202.638.4100
                Fax:        202.628.0249
                E-mail:    dcgunlaw@gmail.com