UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
UNITED STATES OF AMERICA,            )
                                     )
     *v.*                              )      Case No. 1:21-cr-00502-CKK
                                     )
DANIEL CHRISTMANN,                   )
                                     )
     *Defendant.*                      )
_____  )

## MOTION FOR SUBSTITUTION OF COUNSEL

Defendant Daniel Christmann, by and through the undersigned retained counsel, and pursuant to Local Rule 44.5 of the Criminal Rules of Procedure for the Federal District Court of the District of Columbia, hereby respectfully requests this Court Order the substitution of Joseph Conte, attorney at law, with the undersigned retained counsel.

The undersigned submits that the substitution of counsel will not unnecessarily delay this matter or be unfairly prejudicial to any party, or otherwise not be in the interests of justice.

Date: July 11, 2022                   Respectfully Submitted,

                                                     */s/ Steven Alan Metcalf II*

                                                     _____
                                                     STEVEN A. METCALF II, ESQ.
                                                     **Metcalf & Metcalf, P.C.**
                                                     99 Park Avenue, 6th Flr.
                                                   New York, NY 10016
                                                   (*Office*) 646.253.0514
                                                   (*Fax*) 646.219.2012

                                                   *Counsel for Defendant Daniel Christmann*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
UNITED STATES OF AMERICA,           )
                                    )
      *v.*                              )   Case No. 1:21-cr-00502-CKK
                                    )
DANIEL CHRISTMANN,                  )
                                    )
      *Defendant.*                      )
_____ )

## CERTIFICATE OF SERVICE

I hereby certify that, on July 11, 2022, this motion was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

.

/s/ *Steven Alan Metcalf II*
_____

STEVEN A. METCALF II, ESQ.