IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 21-CR-00502-CKK |
| v. | : | 40 U.S.C. § 5104(e)(2)(G) |
| DANIEL CHRISTMANN, | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Daniel Christmann, with the concurrence of his attorney, agree and stipulate to the below factual basis for Defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020

Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.7 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Daniel Christmann's Participation in the January 6, 2021, Capitol Riot*

8. Defendant traveled to Washington, D.C. from New York to observe the rally for former President Donald Trump on January 6, 2021.

9. After the rally, Defendant followed the crowd to the U.S. Capitol. As he entered the grounds, Defendant saw and photographed a sign posted to green plastic fencing that read, "Area Closed." Defendant also saw that this fencing and a metal barrier had been knocked down. As Defendant moved toward the Upper West Terrace, he saw and videoed rioters clashing with a line of law enforcement officers, who sprayed the crowd with a chemical agent to push the crowd back.

10. Defendant entered the U.S. Capitol, at approximately 3:13 p.m. As he approached the building, Defendant could hear alarms blaring. Defendant entered the Capitol building by

climbing through the broken windows to the left of the Senate Wing doors, following behind others. Defendant remained in the Capitol building for about 3 minutes.

11. While inside the U.S. Capitol, Defendant remained by the Senate Wing doors momentarily, then walked toward the Crypt on the first floor. He took a right turn down a hallway and entered an office located off the hallway connecting the Senate Wing Doors to the Crypt. Defendant watched from a window in this office as law enforcement outside attempted to prevent others from entering. Defendant then returned to the Senate Wing Door area, where the alarm continued to blare. While here, Defendant saw law enforcement moving people out of the Capitol and blocking people from entering the building through the same window in which had entered.

12. Defendant exited out the opposite broken windows from which he entered next to the Senate Wing doors.

13. Defendant also took photographs and video while inside the U.S. Capitol. He posted some of these materials to his social media accounts.

14. Following January 6, 2021, Defendant admitted numerous times to entering the U.S. Capitol on his Instagram and one of his Facebook accounts. Once two of Defendant's known associates were arrested for their activities on January 6, 2021, at the U.S. Capitol, Defendant asked another over Facebook to delete a video Defendant sent while inside the U.S. Capitol.

15. Defendant willfully and knowingly entered the U.S. Capitol Building. At the time that he entered, he knew that that he did not have permission to do so. Defendant further admits that while inside the Capitol, Defendant willfully and knowingly paraded, demonstrated, or picketed.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Jason Crawford
Jason Crawford
Trial Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, **Daniel Christmann**, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 11-25-22

DANIEL CHRISTMANN
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 11-25-22

STEVEN METCALF
Attorney for Defendant