UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-CR-502 (CKK) |
| v. | : | |
| | : | |
| DANIEL CHRISTMANN, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Sonia Mittal. AUSA Sonia Mittal will be substituting for AUSA Jason Crawford.

                                                Respectfully submitted,

                                                MATTHEW M. GRAVES
                                                United States Attorney
                                                DC Bar No. 481052

By:    */s/ Sonia Mittal*
           SONIA MITTAL
           Assistant United States Attorney
           United States Attorney's Office for the
           District of Columbia
           Illinois Bar No. 6314706
           sonia.mittal@usdoj.gov
           (202) 821-9470

## **CERTIFICATE OF SERVICE**

On this 6th day of January 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Sonia Mittal*
Sonia Mittal
Assistant United States Attorney