

# EXHIBIT A

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6th Floor
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)



January 3, 2024

Re: Letter of recommendation for Daniel Christmann

Dear Judge Kollar-Kotelly,

I am pleased to report that Daniel Christmann has been doing quite well in his first two semesters here at St. Joseph's. He interacts very well with both our faculty and his classmates, and he has successfully navigated the academic challenges faced by all returning college students. To date, Daniel has completed 34 credits at St. Joseph's and has a GPA of 3.4.

When Daniel first entered my History of New York class on the first day of the Spring 2023 semester, I was not sure what to expect. The admissions office had only notified me that he was a new major in Journalism and New Media Studies, my home department. After the first class, Daniel informed me about his background and suggested that I Google him.

Daniel was also candid about his participation in the J6 events in a second course of mine that semester, Intro to Journalism. His discussion of the events has been more matter-of-fact than celebratory or defiant. While J6 is not a protest that I would have attended, it would not be fair for me or my colleagues to let our political views influence how we assess Daniel's coursework.

At a faculty event this past November, an older, diminutive art professor told me how much she enjoyed Daniel's presence in her photography course. "He's been wonderful," my colleague said, specifically referring to the encouraging comments Daniel provided to his classmates. I also witnessed a similar pattern in our meetings regarding the campus newspaper this past semester.

In sum, Daniel has been making a positive contribution to the St. Joseph's campus community over the past year. I look forward to working with him again this coming semester.

-2-

If you have any specific questions or concerns, please do not hesitate to contact me.

Sincerely,

Theodore (Ted) Hamm, Ph.D.
Chair, Journalism and New Media Studies
St. Joseph's University—New York (Brooklyn campus)
thamm@sjny.edu