

# EXHIBIT B

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6th Floor
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

```
                                                   Page:   1 of   1
Date: 01/03/2024
Name:    Christmann, Daniel J.                     ID: 0430284

Issued to:
Daniel J. Christmann
315 S 4th St Apt 2
Brooklyn NY 11211-4698

COURSE         Course Title        GRD    CRD          COURSE          Course Title        GRD    CRD
UNDERGRADUATE TRANSCRIPT
Rockland Community College
ECO120     MACROECONOMICS                 3.00
ENG103     WRITING/EFFECTIVE COMMUN       3.00
HIS100     WESTERN CIVILIZATION TO 1715   3.00
HIS170     AMERICAN HISTORY I             3.00
PHI124     INVITATION TO PHILOSOPHY       3.00
PSY100     INTRODUCTION TO PSYCHOLOGY     3.00
SOC220     SOCIOLOGY/DEVIANT BEHAVIOR     3.00
SPC228     ACTING I                       3.00
TRNF CR:  24.00  GPA CR:    0.00  QP:    0.00  GPA: 0.000
CUM  CR:  24.00  GPA CR:    0.00  QP:    0.00  GPA: 0.000

Washtenaw Community College
ELEELE     ELECTIVE CREDIT                3.00
ELEELE     ELECTIVE CREDIT                3.00
ENG109     ANALYTICAL WRITING             4.00
ESCCOR1    CORE CREDIT                    4.00
MAT151     FUNDAMENTALS OF STATISTICS     4.00
TRNF CR:  18.00  GPA CR:    0.00  QP:    0.00  GPA: 0.000
CUM  CR:  42.00  GPA CR:    0.00  QP:    0.00  GPA: 0.000

           SPRING 2023 (01/23/2023 to 05/13/2023)
HIS276     HISTORY OF NY: STATE & CITY    A-    3.00
JNM108     JOURNALISM                     A-    3.00
JNM210     DIGITAL REPORTING              B     3.00
PHI123     THE ART OF THINKING            B+    3.00
SJC200     TRANSFER SEMINAR               P     1.00
SPC102     INTRO TO HUMAN COMMUNICATION   B-    3.00
TERM CR:  16.00  GPA CR:   15.00  QP:   49.20  GPA: 3.280
CUM  CR:  58.00  GPA CR:   15.00  QP:   49.20  GPA: 3.280

           FALL 2023 (09/06/2023 to 12/19/2023)
ART269     DIGITAL PHOTOGRAPHY            A     3.00
BIO145     MARINE BIOLOGY                 B-    3.00
BIO145L    LAB FOR BIO 145
COM150     INTRO TO COMPUTER PROGRAMMING  A-    3.00
ENG125     INTRO TO MAGAZINE WRITING      B+    3.00
JNM340     THE BUSINESS OF MEDIA          A     3.00
JNM370     SPTPCS: MEDIA PRODUCTION       A-    3.00
TERM CR:  18.00  GPA CR:   18.00  QP:   64.20  GPA: 3.567
CUM  CR:  76.00  GPA CR:   33.00  QP:  113.40  GPA: 3.436

PROGRAM: Journalism and New Media Studies, B.A.
END OF TRANSCRIPT
```