

**STEVEN A. METCALF II, ESQ.**, *Managing Attorney*\*\*\*
**NANETTE IDA METCALF, ESQ.**, *Managing Attorney*\*\*
**CHRISTOPHER DARDEN, ESQ.**, *Special Counsel*\*

<u>Via ECF</u>                                                                                                             May 6, 2024

Judge Colleen Kollar-Kotelly
*US District Court, District of Columbia*
333 Constitution Ave., N.W.
Washington, D.C. 20001

    Re: *USA v Christmann* , 1:21-cr-00502-CKK

    Your Honor:

    This office represents Mr. Christmann in the above-referenced matter. We are respectfully requesting that this Honorable Court extend the surrender date to either Friday, May 10, 2024 or Monday, May 13, 2024.

    Mr. Christmann has just recently been noticed to be evicted from his apartment. Approximately two weeks ago, Mr. Christmann was served with a "Notice of Eviction". What this means is that eviction process is going to happen within days, or weeks. On Friday, May 3, 2024, Mr. Christmann went to Landlord/Tenant court and his Order to Show Cause was denied.

    In light of Mr. Christmann potentially being evicted any day, we respectfully request that his surrender date be extended for 1 week. Therefore, Mr. Christmann asks to surrender one week from today, **May 13, 2024**.

                                                      Respectfully submitted,

                                                      */s/ Steven Alan Metcalf*

                                                      STEVEN A. METCALF, ESQ.
                                                      *Attorney for Defendant*

*Licensed in California*
\*\**Licensed in New York and California*
\*\*\**Licensed in New York, SDNY, EDNY, WDNY, DC District,*
*Second Circuit Court of Appeals and DC Court of Appeals*

**Metcalf & Metcalf, P.C.**
99 Park Avenue, Suite 810
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)